UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. William H. Walls

            v.    :    Crim. No. 10-159

PAUL MEYER    :    <u>CONTINUANCE ORDER</u>

      This matter having come before the Court on the joint application of David C. Weiss, United States Attorney for the District of Delaware (Edward J. McAndrew, Assistant U.S. Attorney, appearing), and defendant Paul Meyer (Kevin Carlucci, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2.   The defendant has consented to the aforementioned continuance;

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___16___ day of July, 2010,

IT IS ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from and including July 6, 2010, through and including September 8, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

MOTIONS DUE:             September 8, 2010

OPPOSITIONS DUE:         October 8, 2010

MOTIONS HEARING DATE:    19 Oct 2010, if necessary

TRIAL SET FOR:           26 Oct 2010

HON. WILLIAM H. WALLS
United States District Judge

Kevin Carlucci, Esq.
Counsel for Paul Meyer